Jesus MIRANDA–GONZALEZ, Plaintiff, Appellant,

v.

J.L. GARCIA, Defendant, Appellee.

No. 00–1852.

United States Court of Appeals, First Circuit.

June 27, 2001.

Jesus Miranda–Gonzalez, on brief pro se.

Guillermo Gil, United States Attorney, Jorge E. Vega Pacheco, Assistant United States Attorney, and Nelson Perez Sosa, Assistant United States Attorney, on brief for appellee.

Before SELYA, Circuit Judges, CAMPBELL and STAHL, Senior Circuit Judges.

PER CURIAM.

The district court dismissed the habeas petition filed by Jesus Miranda–Gonzalez under 28 U.S.C. § 2241 and petitioner has appealed. After carefully reviewing the record and the briefs of the parties, we affirm the judgment of the district court for essentially the reasons stated in the magistrate judge's Report and Recommendation and in the district judge's Opinion and Order. Specifically, petitioner's double jeopardy argument is meritless because the Double Jeopardy Clause does not apply in prison disciplinary proceedings. Any due process argument also lacks merit because, even assuming, without deciding, that petitioner possessed some kind of liberty interest, he received all the process he was due under *Wolff v. McDonnell*, 418 U.S. 539, 94 S.Ct. 2963, 41 L.Ed.2d 935 (1974).

*Affirmed. See* Local Rule 27(c).